NO. 13-5-9030-A          33,972-17

IN THE TEXAS COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

IN RE HERMAN LEE KINDRED, Relator

MOTION FOR LEAVE TO FILE
ORIGINAL Application FOR WRIT OF MANDAMUS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

TO THE HONORABLE Judges OF Said Court:

COMES NOW HERMAN LEE KINDRED, Relator
IN the INStant Cause and PRAYS the COURT
Will grant his motion for LEAVE to file
the attached ORiginal application for writ
of mandamus.

Respectfully submitted,
Herman Lee Kindred

NO. 13-5-9030-A

IN THE TEXAS COURT OF CRIMINAL Appeals

IN RE HERMAN LEE KINDRED, Relator

MOTION FOR LEAVE TO FILE
ORIGINAL Application FOR WRIT OF MANDAMUS

TO THE Honorable Judges OF Said COURT:

Comes now HERMAN LEE KINDRED, Relator
in the instant Cause and prays The Court
will grant his original application for
WRIT OF mandamus and would show
the following:

I

ON June 8TH 2015, pursuant to TEX. Crim.
PROC. Code Art. 11.07 Relator filed ONE (1)
post-Conviction WRit OF habeas Corpus
application Challenging his Conviction in
the State OF TEXAS VS. HERMAN LEE KINDRED
Cause # 13-5-9030, in the 24TH District
COURT OF Jackson County, TX Edna, TX 77957

II

AS OF July 15, 2015, pursuant to ART. 11.07
3(C) the trial COURT has "NOT" ENTERED an ORDER

To designate the issues PRESENTED IN THE APPLICATION in need of RESOLUTION. "Neither" has THE STATE'S ATTORNEY ANSWERED IN ANY WAY AT all. "NO TYPE OF RESPONSE."

THERE HAS "NOT" BEEN ANY ORDER directing TRIAL COUNSEL "William Allen White of Victoria, TX to file an affidavit within 30 days OF JUNE 8TH, 2015.

## III

AS OF this date, NO affidavit by TRIAL COUNSEL has BEEN filed and the habeas Corpus application is Classified as "inactive" by the Jackson County District Clerk. THE ISSUES PREVIOUSLY in need of RESOLUTION REMAIN UNRESOLVED.

## IV

Applicant Complains the Respondent, The Honorable Jack MARR PRESIDING Judge of the 24TH District Court of Jackson County TEXAS has Violated two ministerial duties. First, Contrary to Art. 11.07 MORE Than 35 days have Elapsed and the application have yet to be forwarded to this COURT. SECOND, Contrary to TEX. R. App. 73.5 Respondent has failed to answer in any way at all to Resolve the issues in need of Resolution Within the 35 days of the June 8TH

2015 filing date of the 11.07 Writ of Habeas Corpus Respondent did "NOT" SEEK an EXTENSION at all, from this court at all. HERMAN LEE KINDRED has No adequate REMEDY at law in which to PRESENT the instant Complaint and is REQuired to RESORT to the Vehicle of mandamus

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator HERMAN LEE KINDRED PRAYS this court will grant leave to file and direct the Respondent trial Judge to RESolve the issues set out in the application and then have the District Clerk Submit the Records on such application to this Court.

## Certificate of Service

I, HERMAN LEE KINDRED, Relator, do hereby Certify that a true and correct copy of the foregoing document was mailed to Respondent the Honorable Jack mann, Robert E. Bell, and Sharon mathis of the 24th, District court at: 115 West main St. Edna, Texas 77957 Room 203 on July 25th, 2015.

Respectfully Submitted,
Herman Lee Kindred